In re National Union Fire Ins. Pitts.— Defendant(s); applying for writ of certiora-ri and/or review to the Court of Appeal, Third Circuit, Nos. 92CA-0594; Benton Johnson v. Succ. of Loyd, No. 92CA-0595; Jack Methvin, et al. v. Succ. of Loyd, No. 92CA-0596; Dwight Young et ux. v. Succ. of Loyd, No. 93CA-0597; McCauley M. James et ux. v. Succ. of Loyd, No. 92CA0598; and James Lehane Cole, Jr. et al. v. Succ. of Loyd, No. 92CA-0599; Parish of Natchitoches; Tenth Judicial District Court, Nos. 63,324-A; 63,325-A; 63,326-A; 63,327-A; 63,328-A; 63,329-A.
Denied.
CALOGERO, C.J., and MARCUS, J., would grant the writ.
KIMBALL, J., not on panel.